IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORDAQ ENERGY, INC., a Delaware corporation with its principal place of business in Alaska,<br><br>            Plaintiff,<br><br>   v.<br><br>PAUL L. DEVINE, a citizen of the United Kingdom; ANDREW ALLISTER KNOTT, a citizen of the United Kingdom; LOTHIAN INVESTMENT PARTNERS LIMITED, a corporation organized under the laws of Scotland, United Kingdom, and with its principal place of business in the United Kingdom; and GOLDEN EAGLE PETROLEUM LIMITED, a corporation organized under the laws of Scotland, United Kingdom, and with its principal place of business in the United Kingdom,<br><br>            Defendants. | Case No. 3:16-cv-0267 JWS |

**ORDER GRANTING ATTORNEYS' FEES TO PLAINTIFF
ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

The Court, having considered the Declaration Regarding Attorneys' Fees on Plaintiffs' Motion for Entry of Default, and being fully apprised, it is hereby ORDERED that as a sanction related to the now-vacated Entry of Default, Defendant, Paul L. Devine, must pay to Plaintiff, NordAq Energy, Inc., the amount of $1,267.50, such amount representing attorneys' and paralegal fees incurred by NordAq with regard its Motion for Entry of Default.

DATED this 10th day of August 2017.

                                                    /s/ JOHN W. SEDWICK
                                 SENIOR JUDGE, UNITED STATES DISTRICT COURT