Robin O. Brena, Esq.
Kevin G. Clarkson, Esq.
Matthew C. Clarkson, Esq.
Jon S. Wakeland, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone: (907) 258-2000
E-Mail: rbrena@brenalaw.com
kclarkson@brenalaw.com
mclarkson@brenalaw.com
jwakeland@brenalaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORDAQ ENERGY, INC., a Delaware corporation with its principal place of business in Alaska,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL L. DEVINE, a citizen of the United Kingdom; ANDREW ALLISTER KNOTT, a citizen of the United Kingdom; LOTHIAN INVESTMENT PARTNERS LIMITED, a corporation organized under the laws of Scotland, United Kingdom, and with its principal place of business in the United Kingdom; and GOLDEN EAGLE PETROLEUM LIMITED, a corporation organized under the laws of Scotland, United Kingdom, and with its principal place of business in the United Kingdom,<br><br>        Defendants. | Case No. 3:16-cv-0267 JWS |

**FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)
CONFERRAL NOTICE AND CERTIFICATION**

Federal Rule of Civil Procedure 12(b)(6) Notice and Certification     August 18, 2017
NordAq Energy v. Paul L. Devine, et. al., Case No. 3:16-cv-0267 JWS     Page 1 of 3

Case 3:16-cv-00267-SLG  Document 99  Filed 08/18/17  Page 1 of 3

Plaintiff, NordAq Energy, Inc. ("NordAq"), pursuant to this Court's Order of December 1, 2016 [DK 5], hereby notifies and certifies to the Court that counsel for NordAq, Kevin G. Clarkson and Matthew C. Clarkson, and counsel for Defendant, Paul L. Devine, Anthony K. Bruster and Daniel T. Quinn, conferred this morning, Friday, August 18, 2017, by telephone regarding the Fed. R. Civ. P. 12(b)(6) motion to dismiss that NordAq intended to file as to Devine's counterclaims [DK 68]. As a result of this conferral, NordAq and Devine have agreed as follows:

1. NordAq will not file its reply to Devine's Counterclaim or its intended motion to dismiss the counterclaim under Fed. R. Civ. P. 12(b)(6) at this time;

2. By September 1, 2017, without need of a motion under Fed. R. Civ. P. 15, Devine will file an amended Counterclaim and this amended Counterclaim will not add any new parties to this case—Devine's request to join additional parties to this case will remain an issue for resolution under Devine's pending Motion for Leave to File Third-Party Complaint [DK 72], which NordAq will respond to on or before September 14, 2017;

3. NordAq will respond to Devine's amended Counterclaim, as it is filed on September 1, 2017, consistent with applicable Federal Civil and Local Rules.

DATED this 18th day of August, 2017.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Plaintiff

By_____
Robin O. Brena, Esq. AK Bar 8410089
Kevin G. Clarkson, AK Bar 8511149
Matthew C. Clarkson, AK Bar 1111077
Jon S. Wakeland, ABA No. 09110660

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Federal Rule of Civil Procedure 12(b)(6) Notice and Certification August 18, 2017
NordAq Energy v. Paul L. Devine, et. al., Case No. 3:16-cv-0267-JWS Page 2 of 3
Case 3:16-cv-00267-SLG Document 99 Filed 08/18/17 Page 2 of 3

## Certificate of Service

The undersigned hereby certifies that on the 18th day of August, 2017, a true and correct copy of the foregoing was served by electronic means upon:

**Attorneys for Defendant Devine**
Daniel T. Quinn, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
E-Mail: dquinn@richmondquinn.com

Anthony K. Bruster, Esq.
Andrew Joseph Wright, Esq.
Bruster PLLC
680 North Carroll Avenue, Suite 110
P. O. Box 92091
Southlake, Texas 76092
E-Mail: akbruster@brusterpllc.com
andrew@brusterpllc.com

**Attorneys for Defendants Andrew Knott, Lothian Investment Partners, and Golden Eagle**
Michael Jungreis, Esq.
Reeves Amodio LLC
500 L Street, Suite 300
Anchorage, Alaska 99503
E-Mail: mj@reevesamodio.com

*/s/ Avonna L. Murfitt*
Avonna L. Murfitt

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Federal Rule of Civil Procedure 12(b)(6) Notice and Certification
Nordaq Energy v. Paul J. Devine, et. al., Case No. 3:16-cv-0267-JWS
August 18, 2017
Page 3 of 3

Case 3:16-cv-00267-SLG Document 99 Filed 08/18/17 Page 3 of 3