Robin O. Brena, Esq.
Kevin G. Clarkson, Esq.
Matthew C. Clarkson, Esq.
Jon S. Wakeland, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone: (907) 258-2000
E-Mail: rbrena@brenalaw.com
kclarkson@brenalaw.com
mclarkson@brenalaw.com
jwakeland@brenalaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORDAQ ENERGY, INC., a Delaware corporation with its principal place of business in Alaska,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PAUL L. DEVINE, a citizen of the United Kingdom; ANDREW ALLISTER KNOTT, a citizen of the United Kingdom; LOTHIAN INVESTMENT PARTNERS LIMITED, a corporation organized under the laws of Scotland, United Kingdom, and with its principal place of business in the United Kingdom; and GOLDEN EAGLE PETROLEUM LIMITED, a corporation organized under the laws of Scotland, United Kingdom, and with its principal place of business in the United Kingdom,<br><br>　　　　　　　　Defendants. | Case No. 3:16-cv-0267 JWS |

[PROPOSED]
ORDER GRANTING PLAINTIFF'S MOTION TO
DISMISS FIRST AMENDED COUNTERCLAIM OF PAUL L. DEVINE

Order Re NordAq's Motion to Dismiss Counterclaim
*NordAq Energy v. Paul L. Devine, et al.*, Case No. 3:16-cv-0267 JWS
Page 1 of 3

Case 3:16-cv-00267-SLG    Document 103-1    Filed 09/14/17    Page 1 of 3

Having considered Plaintiff, NordAq Energy, Inc.'s Motion to Dismiss claims stated within Paul L. Devine's First Amended Counterclaim [DK 101], any opposition thereto, and good cause otherwise appearing;

NOW, THEREFORE it is hereby ORDERED that the Motion is GRANTED. Devine's First Amended Counterclaims against NordAq Energy, Inc. for fraud, misrepresentation (intentional and negligent), breach of third-party-beneficiary contract, tortious interference with contract, intentional interference with prospective economic advantage, RICO, conspiracy, acting in concert, and punitive damages are hereby dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

DATED this ____ day of _____, 2017.

_____
James W. Sedwick
Judge of the United States District Court

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Order Re NordAq's Motion to Dismiss Counterclaim
NordAq Energy v. Paul L. Devine, et al., Case No. 3:16-cv-0267 JWS
Page 2 of 3

Case 3:16-cv-00267-SLG   Document 103-1   Filed 09/14/17   Page 2 of 3

**Certificate of Service**
The undersigned hereby certifies
that on the 14th day of September, 2017,
a true and correct copy of the
foregoing was served by electronic
means authorized by this Court upon:

**Attorneys for Defendant Devine**
Daniel T. Quinn, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
E-Mail: dquinn@richmondquinn.com

Anthony K. Bruster, Esq.
Andrew Joseph Wright, Esq.
Bruster PLLC
680 North Carroll Avenue, Suite 110
P. O. Box 92091
Southlake, Texas 76092
E-Mail: akbruster@brusterpllc.com
andrew@brusterpllc.com

**Attorneys for Defendants Andrew Knott,
Lothian Investment Partners, and Golden Eagle**
Michael Jungreis, Esq.
Reeves Amodio LLC
500 L Street, Suite 300
Anchorage, Alaska 99503
E-Mail: mj@reevesamodio.com

_____
Avonna L. Murfitt

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Order Re NordAq's Motion to Dismiss Counterclaim
NordAq Energy v. Paul J. Devine, et al., Case No. 3:16-cv-0267 JWS
Page 3 of 3

Case 3:16-cv-00267-SLG   Document 103-1   Filed 09/14/17   Page 3 of 3