# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **NORDAQ ENERGY, INC.**, <br><br>       Plaintiff and Counter Defendant, <br><br>v. <br><br>**PAUL L. DEVINE**, et al., <br><br>       Defendants and Counter Plaintiffs; <br><br>and <br><br>**PAUL L. DEVINE**, <br><br>       Third-Party Plaintiff, <br><br>v. <br><br>**NUOXIN CO., LTD.**, et al., <br><br>       Third-Party Defendants. <br><br>and <br><br>**JOHN EDWARD AITKEN KIDD**, <br><br>       Third-Party Plaintiff, <br><br>v. <br><br>**NUOXIN CO., LTD.**, et al., <br><br>       Third-Party Defendants. | Case No. 3:16-cv-00267-SLG <br>              3:17-cv-00031-SLG <br>              (Consolidated) <br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

## **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

Upon consideration of the Parties' Joint Motion to Dismiss with Prejudice (Docket 336), the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that all claims, counterclaims, third party claims and cross claims of all parties in this action be, and hereby are, DISMISSED WITH PREJUDICE.

IT IS ALSO ORDERED, that each party shall bear its own costs. The Clerk of Court is directed to close this case.

DATED this 2nd day of July, 2019.

>	*/s/ Sharon L. Gleason*
>	Sharon L. Gleason
>	Judge of the United States District Court

Order Granting Joint Motion to Dismiss with Prejudice
NordAq Energy, Inc. et al. v. Paul L. Devine, et al., Case No. 3:16-cv-00267-SLG
Page 2 of 2

Case 3:16-cv-00267-SLG   Document 337   Filed 07/02/19   Page 2 of 2